## FINAL PRETRIAL CONFERENCE

JUDGE: **MICHAEL S. NACHMANOFF**

DATE: 9/17/2026

CA- 1:26-cv-845-Gormly v. Korean Airlines Co. LTD.

TIME: 1:59 p.m. to 2:11 p.m.

**APPEARANCES COUNSEL**

PLAINTIFF –Anna Benedict, Hannah Crowe, Darren Nicholson, and Charles Molester
DEFENDANT- Jeffrey Poretz and Andrew Harakas

**PROCEEDINGS**

- Parties note status of case with respect to settlement.
- Motions due on 10/15/2026.
- Responses due on 10/29/2026.
- Replies due 11/4/2026
- Motion hearing set for 11/20/2026 at 10:00 a.m.
- Jury Trial set for 2/8/2027 at 9:00 a.m.

( ✓ ) Pltf's Witness List filed

(✓ ) Pltf's Exhibit List filed

( ✓ ) Deft's Witness List filed

( ✓) Deft's Exhibit List filed